```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 01407
   VIRGINIA JACKSON
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4193

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 02/16/2006 and was confirmed 05/01/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

      The case was dismissed after confirmation 05/05/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------
JP MORGAN CHASE BANK NA  CURRENT MORTG         .00             .00             .00
JP MORGAN CHASE BANK NA  MORTGAGE ARRE     5186.71             .00         1351.74
BANK ONE                 NOTICE ONLY      NOT FILED            .00             .00
BANK ONE                 NOTICE ONLY      NOT FILED            .00             .00
BANK ONE                 NOTICE ONLY      NOT FILED            .00             .00
VAN WITZ MANAGEMENT CORP NOTICE ONLY      NOT FILED            .00             .00
CONCORDE GREEN CONDO ASS MORTGAGE ARRE      499.56             .00          499.56
ACMC PHYSICIANS SERVICE  UNSECURED        NOT FILED            .00             .00
ASPIRE VISA              UNSECURED        NOT FILED            .00             .00
ASPIRE VISA              NOTICE ONLY      NOT FILED            .00             .00
BANK ONE                 NOTICE ONLY      NOT FILED            .00             .00
BANK ONE                 NOTICE ONLY      NOT FILED            .00             .00
BENEFICIAL FINANCE CORP  NOTICE ONLY      NOT FILED            .00             .00
BENEFICIAL FINANCE CORP  NOTICE ONLY      NOT FILED            .00             .00
BENEFICIAL FINANCE CORP  NOTICE ONLY      NOT FILED            .00             .00
CAPITAL FIRST BANK       NOTICE ONLY      NOT FILED            .00             .00
CAPITAL FIRST BANK       NOTICE ONLY      NOT FILED            .00             .00
CHASE                    NOTICE ONLY      NOT FILED            .00             .00
CHASE                    NOTICE ONLY      NOT FILED            .00             .00
CHASE                    NOTICE ONLY      NOT FILED            .00             .00
CHRIST HOSPITAL          UNSECURED        NOT FILED            .00             .00
CHRIST HOSPITAL          NOTICE ONLY      NOT FILED            .00             .00
CITI BP OIL              NOTICE ONLY      NOT FILED            .00             .00
CITIFINANCIAL            UNSECURED        NOT FILED            .00             .00
COLE TAYLOR BANK         UNSECURED        NOT FILED            .00             .00
ARROW FINCL              UNSECURED        NOT FILED            .00             .00
CORTRUST BANK            UNSECURED        NOT FILED            .00             .00
CORTRUST BANK            NOTICE ONLY      NOT FILED            .00             .00
B-LINE LLC               UNSECURED         1052.51             .00           90.44
CROSS COUNTRY BANK       NOTICE ONLY      NOT FILED            .00             .00
CROSS COUNTRY BANK       NOTICE ONLY      NOT FILED            .00             .00
DISCOVER FINANCIAL SERVI UNSECURED        NOT FILED            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 01407 VIRGINIA JACKSON
```

```
DISCOVER FINANCIAL SERVI NOTICE ONLY    NOT FILED                    .00            .00
FCNB MSTR TS             NOTICE ONLY    NOT FILED                    .00            .00
FIRST NATIONAL BANK OF M UNSECURED      NOT FILED                    .00            .00
FIRST NATIONAL CREDIT CA UNSECURED      NOT FILED                    .00            .00
FIRST NATIONAL CREDIT CA NOTICE ONLY    NOT FILED                    .00            .00
FIRST NATIONAL CREDIT CA NOTICE ONLY    NOT FILED                    .00            .00
PREMIER BANCARD CHARTER  UNSECURED         520.07                    .00          44.69
FIRST PREMIER BANK       NOTICE ONLY    NOT FILED                    .00            .00
FIRST USA BANK NA        NOTICE ONLY    NOT FILED                    .00            .00
FLEET CREDIT CARD SERVIC UNSECURED      NOT FILED                    .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED         990.27                    .00          85.09
FORD MOTOR CREDIT        NOTICE ONLY    NOT FILED                    .00            .00
GEMB/HOME SHOPPING       NOTICE ONLY    NOT FILED                    .00            .00
HSBC NV                  UNSECURED      NOT FILED                    .00            .00
HSBC NV                  UNSECURED      NOT FILED                    .00            .00
HSBC NV                  NOTICE ONLY    NOT FILED                    .00            .00
HSBC NV                  NOTICE ONLY    NOT FILED                    .00            .00
HSBC NV                  NOTICE ONLY    NOT FILED                    .00            .00
HSBC/CARSONS             NOTICE ONLY    NOT FILED                    .00            .00
JP MORGAN CHASE BANK NA  NOTICE ONLY    NOT FILED                    .00            .00
LASALLE NORTHWEST NATL B NOTICE ONLY    NOT FILED                    .00            .00
LASALLE NORTHWEST NATL B NOTICE ONLY    NOT FILED                    .00            .00
MERRICK BANK             UNSECURED        1098.94                    .00          94.42
MERRICK BANK~            NOTICE ONLY    NOT FILED                    .00            .00
PROVIDIAN                NOTICE ONLY    NOT FILED                    .00            .00
PROVIDIAN                NOTICE ONLY    NOT FILED                    .00            .00
QVC                      UNSECURED      NOT FILED                    .00            .00
QVC                      NOTICE ONLY    NOT FILED                    .00            .00
SK ZELAZO-SMITH DDS PC   UNSECURED      NOT FILED                    .00            .00
SHELL/CITI               NOTICE ONLY    NOT FILED                    .00            .00
SPIEGEL                  NOTICE ONLY    NOT FILED                    .00            .00
WFFINANCIAL              UNSECURED      NOT FILED                    .00            .00
WFFINANCIAL              NOTICE ONLY    NOT FILED                    .00            .00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY      2,289.00                              2,289.00
TOM VAUGHN               TRUSTEE                                                  265.86
DEBTOR REFUND            REFUND                                                      .00

       Summary of Receipts and Disbursements:
      ------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
      ------------------------------------------------------------------------
TRUSTEE                  4,720.80

PRIORITY                                              .00
SECURED                                          1,851.30
UNSECURED                                          314.64
ADMINISTRATIVE                                   2,289.00
TRUSTEE COMPENSATION                               265.86
DEBTOR REFUND                                         .00

              PAGE  2 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 01407 VIRGINIA JACKSON
```

```
                              ---------------     ---------------
TOTALS                               4,720.80            4,720.80
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


|  |  |
|---|---|
| Dated: 08/26/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |